IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YENICE ORTIZ-ROSA,

Plaintiff,

v.

VOCATIONAL REHABILITATION ADMINISTRATION, DEPARTMENT OF LABOR & HUMAN RESOURCES

Defendant.

CIVIL NO. 17-1581 (GAG)

## JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal at Docket No. 15, **JUDGMENT** is hereby entered **DISMISSING** without prejudice all claims against Defendant.

**SO ORDERED.**

In San Juan, Puerto Rico this 15th day of August, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge